# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 13-00122-01-CR-W-BP |
| ANTWIONE J. HOLLAND, | ) ) ) | |
| Defendant. | ) | |

## ORDER

On July 24, 2013, Magistrate Judge Sarah W. Hays issued her Report and Recommendation, concluding that the Court should find Defendant Antwione J. Holland is not currently suffering from a mental disease or defect preventing him from understanding the nature and consequences of the proceedings against him or from assisting in his defense. (Doc. 30.) Defendant underwent a forensic evaluation of his competency, which found that "[b]ased on the information available, there is no objective evidence to indicate that Mr. Holland suffers from signs or symptoms of a major mental disorder . . . that would impair his present ability to understand the nature and consequences of the court proceedings against him, or his ability to properly assist counsel in his defense." (Doc. 26, p. 16.) Neither party objects to the Report and Recommendation. After conducting an independent review of Judge Hays's Report, as well as the forensic evaluation, the Court adopts the Report as its Order.

**IT IS SO ORDERED.**

                                                                                /s/Beth Phillips
                                                                                BETH PHILLIPS, JUDGE
                                                                                UNITED STATES DISTRICT COURT

DATE: 8/21/2013